IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LATONYA YVETTE KYLE, ON BEHALF OF THE ESTATE OF SAVAWN BENJAMIN KYLE (DECEASED) S.M.K. A MINOR CHILD AND K.C.K. A MINOR CHILD;<br>*Plaintiff*<br><br>-vs-<br><br>LAWRENCE P SAIZ, DETECTIVE; B SIGALA, DETECTIVE; M DUKE, DETECTIVE; TAMARA STRAUCH, UNKNOWN EMPLOYEES OF CITY OF SAN ANTONIO POLICE DEPARTMENT, J. MARITZA STEWART, BEXAR COUNTY SHERIFFS,<br>*Defendants* | SA-22-CV-00023-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Latonya Yvette Kyle shall take nothing by her claims against Defendants, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE